IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:10CR3100 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| HELIODORO GOMEZ VALDEZ, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's (second) motion for an enlargement of time (filing 57) is granted, as follows:

Plaintiff shall have until October 14, 2011, to respond to Defendant's objection to the Magistrate Judge's findings and recommendation (filing 52). The enlargement of time shall be excluded from any speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(1)(D) (delay resulting from any pretrial motion).

October 12, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge