IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3100 |
| | ) | |
| V. | ) | |
| | ) | |
| HELIODORO GOMEZ VALDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

It occurs to me that I misstated something yesterday when I orally declared that I was declaring a mistrial due to the defendant's medical emergency. Since the panel of prospective jurors was not seated and not questioned, even though they waited in the jury assembly room, jeopardy had not attached. So, technically, I continued this matter. I therefore correct the record.

IT IS SO ORDERED.

DATED this 29th day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge