IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3100 |
| v. | ) | |
| HELIODORO GOMEZ VALDEZ, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

1) The government's motion, (filing no. 69), is granted.

2) Trial is set as the **first criminal case** to begin at 9:00 a.m. on March 26, 2012 for a duration of four trial days before Judge Richard G. Kopf at the United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be at the commencement of trial

DATED this 22nd day of February, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge