IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3100 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| HELIODORO GOMEZ VALDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The government has filed a supplemental motion to continue the trial of this case. The trial date for this case was set on December 22, 2011. As explained in the government's motion, due to a mis-delivery of information, a material witness for the government, Investigator Gregory Kallhoff, scheduled a non-refundable family trip outside the United States during the currently scheduled week of trial. (See filing no. 73). The defendant opposes the government's motion to continue.

IT IS ORDERED:

1) The government's supplemental motion to continue, (filing no. 73), is granted.

2) The trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on April 9, 2012, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at commencement of trial.

3) For the reasons set forth in the court's prior order, (filing no. 68), the time between today's date and March 12, 2012 remains excluded for Speedy Trial calculation purposes.

4) The government's oral motion to continue, (filing no. 72), is denied as moot.

February 27, 2012.                    BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge