# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 4:10CR3100 |
| v. | ) | **ORDER FOR ISSUANCE OF SUBPOENA *IN FORMA PAUPERIS*** |
| HELIODORO GOMEZ-VALDEZ, | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 11th day of April, 2012, on the Oral Motion of Heliodoro Gomez-Valdez for an order allowing the issuance of a Subpoena *In Forma Pauperis* pursuant to Fed. R. Crim. P. 17(c). The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the District Court is ordered to issue a Subpoena to Ms. Hernandez as more fully identified in open Court. Mr. Gomez-Valdez is relieved of any obligation to pay for the same. Said costs, if any, should be paid by the United States. Said Subpoena shall be served by the Tim Domgard, Investigator for the Federal Public Defender.

DATED this 12th day of April, 2012.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge